# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA

V.

TERENCE E. MERRITT

**WARRANT FOR ARREST**

Case Number: 06-M-7227

**FILED**
SEP 25 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

RECEIVED 2006 SEP 19 P 4:40

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___TERENCE MERRITT___
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)

kidnapping, in violation of Title 18, United States Code, Section 1201 and 2

| Michael P. McCuskey | UNITED STATES DISTRICT JUDGE |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| s/Michael P. McCuskey  at September 16, 2006 | Champaign, Illinois |
| Signature of Issuing Officer | Date and Location |

BAIL FIXED AT $ __None__   by  s/Michael P. McCuskey  At 4:28 pm
Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above named defendant at __Indiana__

| Date Received | Name of Arresting Officer | Signature of Arresting Officer |
|---|---|---|
| 09/19/06 | FBI | [signature] |
| Date of Arrest | Title of Arresting Officer | |
| 09/15/06 | S/A's | |